# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Thasha A. Boyd,

          Plaintiff,      Case No. 1:18-cv-04529

v.                                  Michael L. Brown
                                  United States District Judge
United States Department of
Veterans Affairs, et al.,

          Defendants.

_____/

## ORDER

The Veterans Administration fired Plaintiff. (Dkt. 1 ¶ 21.) She appealed that decision to the Merit Systems Protection Board ("MSPB"). (*Id.* ¶ 23.) The MSPB denied her appeal. (*Id.* ¶¶ 21, 27.) She appealed the MSPB's decision to the Federal Circuit, which also denied her appeal. (Dkts. 8-2; 8-5.) She then sued in this Court seeking declaratory and injunctive relief from the MSPB's and Federal Circuit's decisions. (Dkt. 1.) This Court found her claims barred by res judicata. (Dkt. 20.) Plaintiff appealed to the Eleventh Circuit. (Dkt. 22.) The Eleventh Circuit found this Court did not have subject matter jurisdiction to hear

Plaintiff's claims. That court remanded the case back to this Court. Under the opinion and mandate of the Eleventh Circuit (Dkt. 26), the Court **DISMISSES** this case for lack of subject matter jurisdiction.

**SO ORDERED** this 2nd day of November, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE